UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| VESNA BIVOLAREVIC,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>U.S. CIA,<br><br>　　　　Defendant. | Case No: C 09-4620 SBA<br><br>**ORDER**<br><br>Docket 11, 20, 26, 27 |

On September 30, 2009, Plaintiff filed a pro se complaint against the CIA (presumably meaning the Central Intelligence Agency) alleging that she has been subjected to "voice to skull technology (in different forms) since . . . January 2005." Compl. at 1, Docket 1. Defendant's motion to dismiss pursuant to Federal Rule of Civil Procedure 12(b)(1) and 12(b)(6) is scheduled for hearing on March 9, 2010. Under Civil Local Rule 7-3(a), Plaintiff's opposition to the motion is due by February 16, 2010.[1]

Defendant has filed an administrative motion to continue the Case Management Conference from January 13, 2010, until after the resolution of the motion to dismiss. (Docket 11.) Plaintiff has filed two motions to continue the Case Management Conference to January 26, 2010. (Docket 20, 26.) However, the Court previously continued the Case Management Conference from January

---

[1] The parties are advised that the Court may resolve the motion without oral argument in accordance with Federal Rule of Civil Procedure 78(b).

1  13, 2010 to March 9, 2010, to follow the hearing on the motion to dismiss.  Therefore, both
2  motions to continue are denied as moot.
3        Plaintiff also has filed a "Request to Check the Validity of the Defendant's Motion to
4  Dissmis (sic) the Complaint."  (Docket 27.)  Though not entirely clear, it appears that Plaintiff's
5  request is an attempt to respond to Defendant's motion to dismiss.  If so, Plaintiff's submission is
6  insufficient.  To the extent Plaintiff intends to oppose the Defendant's motion, she must respond
7  directly to the arguments presented in Defendant's motion, which her submission fails to do.
8  Plaintiff's opposition is due on February 16, 2010.  Plaintiff is advised to review Rule 7 of the Civil
9  Local Rules, which governs the filing of motions and oppositions in civil cases pending before the
10 Court.  Plaintiff is warned that the failure to file an opposition by February 16, 2010, may be
11 deemed to be a consent to the granting of the motion, meaning that her case will be dismissed with
12 prejudice.  See Ghazali v. Moran, 46 F.3d 52, 53-54 (9th Cir. 1995); Ferdik v. Bonzelet, 963 F.2d
13 1258, 1260-61 (9th Cir. 1992).  Though Plaintiff is representing herself in this matter, she is
14 expected to comply with all applicable procedural rules the same as any represented party.  See
15 King v. Atiyeh, 814 F.2d 565, 567 (9th Cir. 1987).
16       Finally, Plaintiff has filed a "Notice Regarding the Material/Mail Received by Plaintiff
17 Since January 2010, Its Content, and Case' (sic) Relevant Questions from the Plaintiff."  (Docket
18 30.)  In her notice, Plaintiff questions why certain material was sent to her by Defendant's counsel
19 and the Court.  Plaintiff's notice, which does not seek any specific relief from the Court, is
20 improper, as it is not in compliance with the Local Rules.  Plaintiff is warned that any papers that
21 are not authorized by a statute, the Federal Rules of Civil Procedure, the Court's Local Rules or are
22 not in response to an order of the Court will not be considered.  Accordingly,
23     IT IS HEREBY ORDERED THAT:
24     1.    Plaintiff and Defendant's respective motions to continue the Case Management
25 Conference (Docket 11, 20, 26) are DENIED as moot.
26     2.    Plaintiff's "Request to Check the Validity of the Defendant's Motion to Dissmis
27 (sic) the Complaint" (Docket 27) is DENIED.
28

3. Plaintiff is ordered to file her opposition to Defendant's motion to dismiss by no later than February 16, 2010.  Failure to file an opposition by that date may be deemed to be a consent to the granting of Defendant's motion to dismiss.

IT IS SO ORDERED.

Dated: January 11, 2010
                                               SAUNDRA BROWN ARMSTRONG
                                               United States District Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

VESNA BIVOLAREVIC,

       Plaintiff,

  v.

U.S. CIA et al,

       Defendant.
                                        /

Case Number: CV09-04620 SBA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on January 12, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Vesna Bivolarevic
P.O. Box 1056
Redwood City, CA 94064

Dated: January 12, 2010

                                   Richard W. Wieking, Clerk

                                         By: LISA R CLARK, Deputy Clerk