1

2

3                          UNITED STATES DISTRICT COURT

4                    FOR THE NORTHERN DISTRICT OF CALIFORNIA

5                                 OAKLAND DIVISION

6

7   VESNA BIVOLAREVIC,                          Case No:  C 09-4620 SBA

8              Plaintiff,                        **ORDER DENYING PLAINTIFF'S
                                                 REQUEST TO CHANGE THE CASE
9         vs.                                    NAME AND CASE NUMBER ON
                                                 PAPERS RECEIVED FROM THE
10  U.S. CIA,                                    CLERK**

11             Defendant.

12

13         On September 30, 2009, Plaintiff filed a pro se complaint against the CIA (presumably

14  meaning the Central Intelligence Agency) alleging that she has been subjected to "voice to skull

15  technology (in different forms) since . . . January 2005." Compl. at 1, Docket 1.  On January 26,

16  2010, Plaintiff filed a Request to Change the Case Name and Case Number on Papers Received

17  from the Clerk, U.S. District Court, Northern District of California and Relief Sought.  Plaintiff

18  seeks to change the designation on the Civil Cover sheet from "Other: Federal Question" to "Other:

19  Prisoner Rights."  The basis for such change is unclear, as there is no indication that Plaintiff is

20  incarcerated or that her claim arises from having been incarcerated.  In any event, the designation

21  on the Civil Cover Sheet is for administrative purposes, and has no substantive bearing on the

22  claims alleged in her Complaint.  Accordingly,

23         IT IS HEREBY ORDERED THAT Plaintiff's Request to Change the Case Name and Case

24  Number on Papers Received from the Clerk is DENIED.

25         IT IS SO ORDERED.

26

27  Dated: January 27, 2010              _____
                                        SAUNDRA BROWN ARMSTRONG
28                                      United States District Judge

1

2   UNITED STATES DISTRICT COURT
    FOR THE
    NORTHERN DISTRICT OF CALIFORNIA
3

4   VESNA BIVOLAREVIC,

5            Plaintiff,

6      v.

7   U.S. CIA et al,

8            Defendant.
                                                        /
9

10                               Case Number: CV09-04620 SBA

11                               **CERTIFICATE OF SERVICE**

12
    I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District
13  Court, Northern District of California.

14  That on January 28, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said
    copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing
15  said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle
    located in the Clerk's office.

16

17

18
    Vesna Bivolarevic
19  P.O. Box 1056
    Redwood City, CA 94064
20
    Dated: January 28, 2010
21                               Richard W. Wieking, Clerk

22                               By: LISA R CLARK, Deputy Clerk

23

24

25

26

27

28