1
2
3                         UNITED STATES DISTRICT COURT
4                     FOR THE NORTHERN DISTRICT OF CALIFORNIA
5                                  OAKLAND DIVISION
6

| 7  | VESNA BIVOLAREVIC, | Case No: C 09-4620 SBA |
| 8  | Plaintiff, | **ORDER** |
| 9  | vs. | Docket 45 |
| 10 | U.S. CIA, | |
| 11 | Defendant. | |

12
13   Plaintiff filed a pro se "Written Request to the Court and the Judge for the Changes to the
14 Existing Judge' (sic) Armstrong Standing Order" on February 8, 2010.  She requests relief from the
15 ADR process and ADR telephone conference, that she be provided with the name of Defendant's
16 lead counsel, and for the Court to accept her Case Management Conference Statement.  Based on
17 the allegations of the Complaint, and in light of Defendant's pending motion to dismiss, the Court
18 will defer the ADR process and the necessity of filing a Case Management Conference Statement
19 until after the Court rules on the motion to dismiss.  As for the identity of Defendant's lead
20 counsel, Plaintiff should be able to ascertain the identity of this individual from the documents filed
21 by Defendant.  Therefore, such request is denied as moot.  Accordingly,
22   IT IS HEREBY ORDERED THAT Plaintiff's motion to modify the Court's standing orders
23 is GRANTED IN PART and DENIED IN PART, as set forth above.  This Order terminates Docket
24 45.
25    IT IS SO ORDERED.
26
27 Dated: February 10, 2010                                  _____
                                                            SAUNDRA BROWN ARMSTRONG
28                                                          United States District Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

VESNA BIVOLAREVIC,

       Plaintiff,

  v.

U.S. CIA et al,

       Defendant.
_____/

Case Number: CV09-04620 SBA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on February 16, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Vesna Bivolarevic
P.O. Box 1056
Redwood City, CA 94064

Dated: February 16, 2010
                                    Richard W. Wieking, Clerk

                                          By: LISA R CLARK, Deputy Clerk