UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| VESNA BIVOLAREVIC,<br><br>             Plaintiff,<br><br>     vs.<br><br>U.S. CIA,<br><br>             Defendant. | Case No:  C 09-4620 SBA<br><br>**ORDER DENYING PLAINTIFF'S MOTION TO ASK THE COURT FOR THE PERMISSION TO FILE A MOTION FOR RECONSIDERATION**<br><br>Docket 67 |

On March 8, 2010, the Court dismissed the instant action for lack of jurisdiction, pursuant to Federal Rule of Civil Procedure 12(b)(1).  On March 15, 2010, Plaintiff filed a Motion to Ask the Court for the Permission to File a Motion for Reconsideration.  The Court liberally construes Plaintiff's motion as a request for leave to file a motion for reconsideration under Civil Local Rule 7-9.  Plaintiff's motion does not comply with Civil Local Rule 7-9 in that it provides no reasons why reconsideration is warranted.  Accordingly,

IT IS HEREBY ORDERED THAT Plaintiff's Motion to Ask the Court for the Permission to File a Motion for Reconsideration is DENIED.  This Order terminates Docket 67.

IT IS SO ORDERED.

Dated: March 17, 2010

                                                                  _____
                                                                  SAUNDRA BROWN ARMSTRONG
                                                                  United States District Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

VESNA BIVOLAREVIC,

       Plaintiff,

 v.

U.S. CIA et al,

       Defendant.
_____/

Case Number: CV09-04620 SBA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on March 18, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Vesna Bivolarevic
P.O. Box 1056
Redwood City, CA 94064

Dated: March 18, 2010

                              Richard W. Wieking, Clerk

                                  By: LISA R CLARK, Deputy Clerk